AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TIMOTHY JOHN WALSH, a/k/a Michael Thomas Walsh, a/k/a Gregory Taylor,<br><br>**Defendant** | Case No.  5:19-MJ- 648 (TWD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 2017 to the present in the county of Herkimer in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1542; 42 U.S.C. § 408(a)(7)(B); and 18 U.S.C. § 1028A(a)(1) | False Statement in Passport Application; Misuse of a Social Security Number; and Aggravated Identity Theft |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

_____
Complainant's signature

Anant A. Kiran, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  October 8, 2019

_____
Judge's signature

City and State:   Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
_____
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, Anant A. Kiran, being duly sworn, depose and state the following:**

1. I am a special agent with United States Department of State, Diplomatic Security Service. I am stationed in the New York Field Office. I have been a special agent with the Department of State for approximately one year. Prior to that I worked at the Environmental Protection Agency as a special agent, a position I held for approximately one year. Prior to that, I was a special agent with the Department of Defense – Pentagon Force Protection Agency for six years. I am empowered under Title 22, United States Code, Section 2709 to investigate passport fraud and related offenses as well as to apply for and serve federal arrest warrants.

2. I make this affidavit in support of a criminal complaint charging Timothy John Walsh a/k/a Michael Thomas Walsh a/k/a Gregory Taylor with violating 18 U.S.C. § 1542 (false statement in passport application); 42 U.S.C. § 408(a)(7)(B) (misuse of a social security number), and 18 U.S.C. § 1028A(a)(1) (aggravated identity theft). The information in this affidavit is either personally known to me or has been relayed to me by other law enforcement agents, in writing or otherwise. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to law enforcement regarding this investigation. Rather, I have set forth only the facts I believe are necessary to establish probable cause to believe that the defendant has committed the above-identified violations.

3. On or about July 20, 2017, someone applied for a passport renewal for "Michael Thomas Walsh" and sent a passport renewal application and a money order comprising the application fee from a post office in the Northern District of New York to the United States Department of State (hereafter the "Fraudulent Application"). The Department of State issued the

renewed passport in the name Michael Thomas Walsh on or about August 3, 2017 and mailed it to xx S. Helmer Street, Dolgeville, New York, 13329, the address on the Fraudulent Application.

4. According to a New York State Certificate of Death, Michael Thomas Walsh died on December 27, 1975. In addition, this investigation has located photographs of what appears to be a headstone for "Walsh, Michael T." in New York with the dates of birth and death that match the date of birth on the Fraudulent Application and date of death on the Certificate of Death.

5. Timothy John Walsh is Michael Thomas Walsh's brother. A member of the investigative team established the familial relationship between the two through a series of database checks which determined that both Timothy John Walsh and Michael Thomas Walsh had parents with identical names and DOBs, thus determining them to be siblings.

6. The Fraudulent Application included identifying information for the deceased Michael Thomas Walsh (DOB: July 1, 19xx and SSN: xxx-xx-6716),[1] but was sent with a photograph of Timothy John Walsh as well as contact information for Timothy John Walsh. The photograph submitted with the Fraudulent Application was compared to the photograph submitted with Timothy John Walsh's passport application dated May 2018 and also the photograph of Timothy John Walsh's California driver's license photograph dated March 2018. The three photographs depict the same individual.

7. The Mailing Address (XX S. Helmer Street, Dolgeville, New York, 13329) and Primary Contact Telephone Number (xxx-xxx-5222) on the Fraudulent Application match the Emergency Contact information included on Timothy John Walsh's passport application submitted in May 2018. The email address on the Fraudulent Application matches the email

---

[1] The social security number used in the Fraudulent Application was the social security number assigned to Michael Thomas Walsh by the Social Security Administration.

address on Timothy John Walsh's passport application. That email account was created in or around Dolgeville, New York, as reflected on subscriber information obtained from Google that includes an IP address that geo-locates [A.K.] to an area near Dolgeville, New York. The Google subscriber records also show that the email account lists the same Primary Contact Phone Number from Timothy John Walsh's passport application.

8. Law enforcement compared the handwriting on the Fraudulent Application with the handwriting on a 2002 passport application for Michael Thomas Walsh (who was already deceased when that application was made), the handwriting on Timothy John Walsh's passport application, and the handwriting on Timothy John Walsh's driver's license application with the State of California. The handwriting appears to be from the same person.

9. The investigation also discovered that the State of California has issued driver's licenses under the names Michael Thomas Walsh and also Timothy John Walsh to the same person, verified by the matching right thumbprints on each of the two driver's license applications. The thumbprint first appeared on a driver's license issued by the State of California under the name Michael Thomas Walsh in 2006 which also depicted a photograph of Timothy John Walsh. That license expired in 2011. The same thumbprint, based on an analysis by FBI fingerprint analysts, then appeared on a second driver's license issued by the State of California, this one under the name Timothy John Walsh in 2018. This license was issued Timothy John Walsh when relocated [A.K.] to California from New York, which occurred approximately 2017-2018 according to public database records.

10. On October 8, 2019, law enforcement executed a search at Timothy John Walsh's residence. During the search law enforcement recovered a California driver's license and a United States' passport issued in 2002, along with other material such as a library card and credit cards,

all in Michael Thomas Walsh's name. The 2002 passport (with holes punched into it consistent with U.S. State Department protocol when processing passport renewal applications) was inside an envelope from the United States Department of State addressed to XX S. Helmer Street, Dolgeville, New York, 13329 (the address on the Fraudulent Application). The postmark on that envelope is August 4, 2017. Trace Results from the United States Department of State (an internal database) reflect that the renewed passport was placed in the outgoing mail on August 3, 2017 at approximately 8 p.m. The envelope containing the 2002 passport also contained a passport style photograph of Timothy John Walsh that matches the actual photograph on his true 2018 passport application in his real name. In addition, law enforcement interviewed the owner of the property. He told investigators that he knew Timothy John Walsh and that Timothy John Walsh had told him that he (Timothy John Walsh) had been using his brother's identity for many years to help him evade law enforcement. Timothy John Walsh refused to be interviewed, but he did confirm his identity. The search did not locate the 2017 passport itself.

11. Based on the information set forth here, there is probable cause to believe that Timothy John Walsh has committed the above-referenced offenses.

_____
Anant A. Kiran
Special Agent | New York Field Office
Diplomatic Security Service | U.S. Department of State

Sworn to and subscribed to before me
this 8th day of October 2019

_____
Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge